**David C. WOODS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40896.**

Missouri Court of Appeals,
Western District.

May 16, 1989.

▮▮

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Mark R. Bollinger, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and NUGENT and LOWENSTEIN, JJ.

## ORDER

**PER CURIAM:**

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).